IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JOHN WEST JR.,<br><br>     Defendant. | 8:19CR307<br><br>ORDER ON APPEARANCE FOR<br>PRETRIAL RELEASE VIOLATION |

  The defendant's counsel appeared before the Court on June 18, 2020 regarding Petition for Action on Conditions of Pretrial Release [29]. The defendant was not present. Justin Eichmann represented the defendant and waived the defendant's presence. Patrick McGee represented the government.

  The government made an oral motion to dismiss Petition for Action on Conditions of Pretrial Release [29]. The government's oral motion to dismiss Petition for Action on Conditions of Pretrial Release [29] is granted without objection.

  **IT IS SO ORDERED**.

Dated this 18th day of June, 2020.

                    BY THE COURT:

                    s/ Susan M. Bazis
                    United States Magistrate Judge